```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
USA STAFFING SERVICES LLC,                                  :
                                     Plaintiff,             :
                                                            :         23 Civ. 8613 (LGS)
              -against-                                     :
                                                            :              ORDER
YDC, INC.,                                                  :
                                     Defendant.             :
-----------------------------------------------------------:
                                                            :
                                                            X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 11, 2024, required Defendant to file a letter response to Plaintiff's pre-motion letter by January 24, 2024;

WHEREAS, Defendant has not filed a letter response. It is hereby

**ORDERED** that Defendant shall file a responsive letter, not to exceed three pages, by **January 31, 2024**. The letter shall comply with the Court's Individual Rules. If no letter is filed, the conference scheduled for February 7, 2024, will be cancelled, and a briefing schedule for Plaintiff's motion for summary judgment will be set.

Dated: January 25, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**