| | |
|---|---|
| **From:** | Sean Mitchell |
| **To:** | Matthew Kolinski |
| **Subject:** | Re: Proposal |
| **Date:** | Tuesday, September 26, 2023 7:43:30 PM |

Note, this proposal assumes no additional invoices at USA Staffing during the period until we're paid off.

Sean

On Tue, Sep 26, 2023 at 7:36 PM Sean Mitchell <smitchell@rezi.co> wrote:
> Matt,
>
> In the interest of settlement, would you agree to following proposal:
>
> - $75K this week (for a total $150K in September)
> - $80K in October ($20K each Tuesday)
> - $80K in November ($20K each Tuesday)
> - Full Payoff on or before December 1st
>
> We are expecting to close the lion's share of the remainder of the round by December, and so we should be able to clear the remainder of the payable. Certainly if we close faster, we'll be able to pay down sooner. We're happy to agree to that (and all of this) in writing as well. Please let me know your thoughts.
>
> Sean
>
> --
> 
>
> **Sean Mitchell**
> Co-Founder and CEO
> www.rentrezi.com

| | |
|---|---|
| **From:** | Sean Mitchell |
| **To:** | Matthew Kolinski |
| **Cc:** | Accounting; Bryan Tureaud; Jamie Zimorski; Todd Thomas |
| **Subject:** | Re: Update on Payment |
| **Date:** | Wednesday, August 16, 2023 4:00:28 PM |

Hi Matthew,

Yep, that works. Speak then.

Best,

Sean

On Wed, Aug 16, 2023 at 3:58 PM Matthew Kolinski <mkolinski@staffingmanagementgroup.com> wrote:

> Sean- let's connect tomorrow morning to discuss. Does 7:45am est work for you?
>
> -matt
>
> Get Outlook for iOS
>
> **From:** Sean Mitchell <smitchell@rezi.co>
> **Sent:** Wednesday, August 16, 2023 3:34:44 PM
> **To:** Matthew Kolinski <mkolinski@staffingmanagementgroup.com>
> **Cc:** Bryan Tureaud <bryan@rezi.co>; Jamie Zimorski <Jamie.Zimorski@staffingmanagementgroup.com>; Todd Thomas <Todd@staffingmanagementgroup.com>; Accounting <accounting@staffingmanagementgroup.com>
> **Subject:** Re: Update on Payment
>
> Hi Matthew,
>
> Apologies for the delayed response. We won't be able to pay $200K this week, but we are expecting the first tranche of equity dollars to come in Friday and can pay a portion of the outstanding balance once it does. Can we discuss the payment frequency that works on your end? I'm available to connect first thing tomorrow morning, or if that doesn't work for you, let me know when you're available.
>
> Best,
>
> Sean
>
> On Tue, Aug 15, 2023 at 10:18 AM Matthew Kolinski <mkolinski@staffingmanagementgroup.com> wrote:
>
>> Good Morning Sean and Bryan-
>> I hope you are both doing well. I am following up on the plan for payment today. The goal is to get the full $750K paid, however the minimum we are looking to obtain today is the

$200K that we discussed last week with a weekly payment every Wednesday of $50K weekly until the invoices are paid down.

Can you confirm the amount of the payment that will be sent today and please confirm it will be sent via wire vs ACH.

Thanks and have a great rest of the week.

-Matt

**Matthew Kolinski**

**CEO | Staffing Management Group**

Office Phone: 813-518-6584

Cell Phone: 414-530-4045

[mkolinski@staffingmanagementgroup.com](mkolinski@staffingmanagementgroup.com)

--



**Sean Mitchell**
Co-Founder and CEO
[www.rentrezi.com](www.rentrezi.com)

--



**Sean Mitchell**
Co-Founder and CEO
[www.rentrezi.com](www.rentrezi.com)