# BRAVERMAN | GREENSPUN

A PROFESSIONAL CORPORATION

March 3, 2025

<u>By ECF Filing Only</u>
Hon. Valerie Figueredo
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

      Re:    <u>USA Staffing Services LLC v. YDC, Inc.</u> Case No. 23-cv-8613(LGS) (VF)

Dear Judge Figueredo:

      We represent Plaintiff USA Staffing Services LLC, and write to respectfully request an extension of Plaintiff's time to make its inquest submission. In its February 4, 2025 Scheduling Order (ECF 39), the Court ordered that Plaintiff submit proposed inquest findings of fact and conclusions of law concerning damages and supporting evidence by March 4, 2025, with Defendant to submit a response by March 25, 2025.

      This is our first request for an extension, and we need additional time because of unexpected and time-sensitive matters that have come up in other cases. Defendant's counsel has consented to this request.

      We would respectfully request that the Plaintiffs' inquest submission be due March 25, 2025, with Defendants' response due April 15, 2025, or such other dates as the Court may find appropriate.

      We thank the Court for its consideration.

Respectfully,

/s/ William J. Geller

William J. Geller

---

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 3/4/25

The extensions requested herein are GRANTED. The Clerk of Court is directed to terminate the gavel at ECF No. 40.