**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
USA STAFFING SERVICES, LLC,

                     Plaintiff,                      23 **CIVIL** 8613 (LGS)(VF)

        -against-                      **JUDGMENT**

YDC, INC., d/b/a REZI,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2025, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded damages in the amount of $704,081.61; pre-judgment interest in the amount of $266,968.77, plus an additional $10,561.22 per month beginning in September 2025 until the date the Clerk of Court enters judgment in this action; attorney's fees in the amount of $40,915.25 and costs in the amount of $475.00. It is further **ORDERED** that Defendant shall pay post-judgment interest calculated from the date the Clerk of Court enters judgment in this action until judgement is satisfied, using the federal rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
          October 8, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                         **BY:** *[signature]*

                                                 **Deputy Clerk**